**EASTPORT MARINE CONSTRUCTION COMPANY, Employer, GREAT AMERICAN INDEMNITY COMPANY, Carrier, and FLORIDA INDUSTRIAL COMMISSION, v. ARMISHA GREEN, Widow.**

21 So. (2nd) 348            January Term, 1945

March 23, 1945            Division B

Rehearing denied April 4, 1945

*Osborne, Copp & Markham* and *J. Henson Markham,* for appellants.

*John E. Lake,* for appellee.

PER CURIAM:

The judgment in this case must be and is hereby reversed upon the authority of Fidelity and Casualty Co. of New York v. Moore, 143 Fla. 103, 196 So. 495; Heller Bros. Packing Co. v. Lewis, 155 Fla. 430, 20 So. (2nd) 385; Heller Bros. Packing Co. v. Kendricks, 155 Fla. 428, 20 So. (2nd) 387. See also 71 C.J. 735, note 37 and 740, note 70 and Travelers Ins. Co. v. Taylor, 147 Fla. 210, 3 So. (2nd) 381.

Reversed and remanded.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.